FILED
ST. CLAIR COUNTY
APR 06 2017
CIRCUIT CLERK

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY

JAMIE L. DEVRIES, )
        *Plaintiff,* )
        -v- ) No. 17L180
WARREN TRANSPORT, INC., and )
MARK J. CONKLIN, ) JURY DEMAND
        *Defendants.* )

## COMPLAINT AT LAW

Plaintiff, JAMIE L. DEVRIES, by her attorneys, GIBSON LEWIS, for her Complaint at Law against Defendants, WARREN TRANSPORT, INC. and MARK J. CONKLIN, states as follows:

## COUNT ONE

### (Respondent Superior – Warren Transport, Inc.)

1. On April 24, 2015, Defendant Mark Conklin ("Conklin") was an employee and/or agent of Defendant Warren Transport, Inc. ("Warren Transport").

2. On said date, Conklin was driving a 2013 Freightliner Truck southbound on Interstate 55 in St. Clair County.

3. On said date and at all relevant times, Conklin was acting within the course and scope his employment with Warren Transport.

4. On said date at approximately 3:49 a.m., Conklin attempted to switch lanes and rear-ended the vehicle being driven by the plaintiff.

5. The initial impact with Plaintiff's vehicle caused the vehicle to spin, at which time Conklin struck Plaintiff again.

6. Plaintiff suffered serious injuries as a result of being struck by Conklin.

1


EXHIBIT A

7. At all relevant times, Defendant Warren Transport, through its employee or agent Defendant Conklin, owed Plaintiff a duty to exercise reasonable care and caution in the operation, guidance, and control of its vehicle to avoid causing injuries to the person and property of Plaintiff.

8. Notwithstanding those duties, Defendant Warren Transport, through its employee or agent Defendant Conklin, was guilty of one or more of the following acts and/or omissions in that its employee:

   a. Negligently, carelessly and improperly struck Plaintiff's vehicle when he moved to the right lane in I-55 without first ascertaining that such lane change could be made safely, in violation of the Illinois Vehicle Code, 625 ILCS 5/11-709(a).

   b. Negligently, carelessly and improperly failed to yield the right-of-way to Plaintiff's vehicle in violation of the Illinois Vehicle Code, 625 ILCS 5/11-906.

   c. Negligently, carelessly and improperly failed to keep a proper lookout for other vehicles on the roadway; and

   d. Otherwise negligently, carelessly and improperly drove his vehicle.

9. As a direct and proximate result of one or more of the foregoing negligent acts or omissions by Warren Transport, acting through its employee or agent Defendant Conklin, Plaintiff suffered serious injuries of a personal and pecuniary nature, including pain, suffering, disability, disfigurement, loss of normal life, past and future medical bills, and other damages as allowed under Illinois law. These losses have been incurred in the past and will continue to be incurred in the future. Some or all of these losses are permanent.

WHEREFORE, Plaintiff JAMIE DEVRIES prays that this Court enter judgment in her favor and against Defendant WARREN TRANSPORT, in an amount which will

2

adequately and fairly compensate Plaintiff for her injuries, which amount substantially exceeds $50,000, plus costs of this lawsuit.

## COUNT TWO
### (Conklin)

10. Plaintiff repeats and realleges paragraphs 1 through 6 of her Complaint as paragraph 10 of this Count Two.

11. At all relevant times, Defendant Conklin owed Plaintiff a duty to exercise reasonable care and caution in the operation, guidance and control of his vehicle to avoid causing injuries to the person and property of Plaintiff.

12. Notwithstanding these duties, Defendant Conklin was guilty of one or more of the following acts and/or omissions in that he:

   a. Negligently, carelessly and improperly struck Plaintiff's vehicle when he moved to the right lane in I-55 without first ascertaining that such lane change could be made safely, in violation of the Illinois Vehicle Code, 625 ILCS 5/11-709(a).

   b. Negligently, carelessly and improperly failed to yield the right-of-way to Plaintiff's vehicle in violation of the Illinois Vehicle Code, 625 ILCS 5/11-906.

   c. Negligently, carelessly and improperly failed to keep a proper lookout for other vehicles on the roadway; and

   d. Otherwise negligently, carelessly and improperly drove his vehicle.

13. As a direct and proximate result of one or more of the foregoing negligent acts or omissions, Plaintiff suffered serious injuries of a personal and pecuniary nature, including pain, suffering, disability, disfigurement, loss of normal life, past and future medical bills, and other damages as allowed under Illinois law. These losses have been incurred in the past and will continue to be incurred in the future. Some or all of these losses are permanent.

3

WHEREFORE, Plaintiff JAMIE DEVRIES prays that this Court enter judgment in her favor and against Defendant MARK CONKLIN in an amount which will adequately and fairly compensate Plaintiff for her injuries, which amount substantially exceeds $50,000, plus costs of this lawsuit.

**PLAINTIFF DEMANDS TRIAL BY JURY**

JAMIE DEVRIES

By: _____
Brian J. Lewis, one of Plaintiff's attorneys

**ATTORNEYS FOR PLAINTIFF**
GIBSON LEWIS
415 W. Washington Street, Suite 103
Waukegan, Il 60085
847-263-5100
847-360-9100 (fax)
office@gibsonlewislaw.com
ARDC #: 6243360

4

## NOTIFICATION OF CONTRACTED SERVICES
Page 1 of 1

**Anderson Hospital**
Maryville, Illinois

DEVRIES, JAMIE L
V00002099437
DOB:12/02/1993 M/21
UNKNOWN***, DOCTOR

M000353517
DOS:04/24/15

J.B 1/23-15

Members/staff of the following groups are NOT employees of Anderson Hospital, but provide services under contract or agreement.

Please be advised that YOU MAY RECEIVE A BILL from <u>one or more</u> of the following groups regarding your care at Anderson Hospital.

Anderson Hospital does not keep a current listing of the following providers Membership in HMO's or PPO's.

If you are a member of an HMO or PPO, please check with your insurance to see if each of these groups is considered a participating provider under your insurance plan.

Depending on your insurance plan, your financial responsibility could be higher for a non-participating provider.

| | |
|---|---|
| ANESTHESIA: | Millennium Anesthesiology Consultants, LLC<br>Contact them at: 1-800-281-3903 |
| RADIOLOGY: | Maryville Radiology Group<br>Contact them at: 1-800-776-2197 |
| PATHOLOGY: | James R. Landgraf, M.D.<br>Contact them at: SLU Care 1-800-682-9858 |
| EMERGENCY SERVICE: | Uptown Emergency Physician Services, LLP<br>Contact them at: 1-800-700-9078 |
| GLENNON CARE FOR KIDS: | Healthcare Strategic Initiatives (HSI)<br>Contact them at: 1-314-872-1309 |
| HOSPITALIST SERVICE: | Hospitalist Consultants, Inc. (H.C.I.)<br>Contact them at: 1-800-253-1795 |
| INTENSIVIST SERVICE: | Midwest Acute Care Consults<br>Contact them at: 1-314-355-7500 |

CARDIOLOGY, NEUROLOGY, PULMONARY MEDICINE, DIAGNOSTIC SLEEP STUDIES:
You may receive separate billing from an independent physician for interpretation of tests performed in these areas.

✓ (Please Initial) I acknowledge that I have received a copy of this notification.

Signature: _____  Date: 4/20/15
Witness: _____  Date: 4/20/15

Revised 10/04/12

CL500

## GENERAL CONSENT TO TREAT
Page 1 of 2

DEVRIES, JAMIE L
V00002099437
DOB:12/02/1993 F/21
UNKNOWN***, DOCTOR

M000353517
DOS:04/24/15

*JB 4-23-15*

**Anderson Hospital**
Maryville, Illinois

1. **FINANCIAL GUARANTEE OF ACCOUNT:**
In consideration of services rendered or to be rendered by Anderson Hospital, I agree to pay the hospital the regular charges for all services ordered by the physicians, dentists, podiatrists, or allied health professionals, patient or patient's family or otherwise rendered or to be rendered to the patient. I understand that it is my obligation to accurately and promptly provide Anderson Hospital with complete information about any third party payor I expect to contribute toward payment of charges for medical services provided. This includes adherence to my insurance benefit plans' policies of coverage, restrictions and limitations. Failure to do so may result in the denial of benefits, leaving me responsible for payment of these charges. Should the charges, or any part thereof, be referred to an attorney for collection, the undersigned shall pay reasonable attorney's fees and collection expenses. All physicians furnishing services to the patient are private physicians and are not employees or agents of the hospital. Consequently, I understand that I may receive a separate bill for their services.

I hereby consent to receiving auto-dialed and/or artificial or pre-recorded message calls to my cellular telephone, and to any telephone number provided by me, from Anderson Hospital, or its agents, including without limitation, any account management companies and independent contractors such as debt collectors.

2. **INDEPENDENT PHYSICIANS, DENTISTS, PODIATRISTS, AND ALLIED HEALTH PROFESSIONALS**
I acknowledge, understand and agree: (a) that physician, dental, podiatric and allied health professional services are provided by independent persons; (b) that certain services are provided by independent physicians under contract with the hospital, including but not limited to emergency department physicians, anesthesia services (including certified registered nurse anesthetists), radiology services, pathology services, cardiology services, and neurology services; and (c) that if I do not have a physician, I will be referred to an independent physician for treatment. I acknowledge, understand and agree that: (a) these physicians, dentists, podiatrists, allied health professionals and contractors may bill separately, (b) that all of these persons exercise their own independent professional judgment in my care and treatment, (c) that they are not employed by the hospital, nor are they agents of the hospital; and (d) that the hospital cannot and does not control the practice of medicine, dentistry, podiatry, or other health profession by such independent persons.

3. **NURSING CARE:**
Anderson Hospital provides nursing care. Should you desire private nursing care, it is your obligation to arrange for such services and the hospital is not responsible for any errors or omissions of such nurse.

4. **CONSENT FOR TESTING:**
Under circumstances in which potential infection of other patients and/or health care workers may be present, I understand the hospital or my physician or other physicians may evaluate patients for presence of communicable diseases, including but not limited to the testing of my blood for HIV antibodies (AIDS test), and I consent to such testing.

5. **AUTHORIZATION FOR RELEASE AND DISCLOSURE OF INFORMATION:**
I authorize Anderson Hospital and my treating physicians to release medical information, financial information, and hospital medical records by electronic means or otherwise to the following physicians or groups: (a) Any third party which is or may be liable to the hospital or my physicians for all or part of their charges, including but not limited to hospital or medical service companies, third party payors, self-insurers, workers' compensation carriers and government agencies, my employer, or any person or entity acting as the agent or contractor of any such party responsible for payment, in connection with obtaining payment for the medical services rendered to me at the hospital by employees of the hospital, or any person providing services at the hospital; (b) Any physician or medical provider who provides care and treatment or services to me; (c) Federal, State, or other governmental or quasi-governmental agencies or other such parties as required by law for reporting purposes, or for purposes of determining eligibility and government sponsored benefit programs; (d) Any person or entity participating in quality studies, utilization review or similar studies of the care rendered by the hospital and/or their physicians; (e) The supplier of any blood or blood products or any manufacturers of medical devices which I may receive or which may be administered to me for the purpose of quality control and recipient monitoring; (f) Any health professionals involved in my care for the purpose of facilitating the continuity of my medical care; (g) Any person or organization for scientific, educational, research or statistical purposes; (h) Any continuing care facility, including residential or long-term care facilities, and home health agencies for the purpose of providing services for my care and/or treatment. I acknowledge that the above authorization has no expiration date and is valid to authorize the release of medical records and billing information at any time a valid request is received.

This release extends to interviews and discussions relevant to the content of such hospital medical records by my physicians or hospital employees regarding the services provided. I further authorize any physician who provides care and treatment or services to me at the hospital to discuss at any time my condition and care and treatment and the content of my medical hospital records with Anderson Hospital employees, its agents and representatives. This is a voluntary waiver and is not a condition of my treatment. This authorization shall remain in effect until revoked by me in writing to the hospital referencing this authorization.

6. **PERSONAL VALUABLES:**
While the bringing of valuables to the hospital is strongly discouraged, I have been made aware that Anderson Hospital provides facilities for the safekeeping of my valuables and, therefore, I release Anderson Hospital from any responsibility due to the loss or damage of my clothing, watch, jewelry, radios or other valuables, or personal effects, that I may keep in my possession or that may be brought to me by friends or relatives and not deposited with hospital authorities for safekeeping.

7. **MEDICAID RECIPIENT ONLY:**
I certify that I am a recipient of the Medicaid, Title XIX program, and request that payment of authorized benefits be made on my behalf. I authorize Provider to make available to the Division of Family Services any requested information concerning medical, insurance, and financial records relating to my treatment. I hereby certify all health insurance shall be assigned to the Provider for services provided.

  

CLI00

# GENERAL CONSENT TO TREAT
Page 2 of 2

**Anderson Hospital**
Maryville, Illinois

DEVRIES, JAMIE L   F
V00002099437   /21   M000353517
DOB:12/02/1993   DOS:04/24/15
UNKNOWN***, DOCTOR

*J.B  4/29/15*

**8. ASSIGNMENT OF INSURANCE BENEFITS:**

In consideration of any and all medical services, care, drugs, supplies, equipment and facilities furnished by Anderson Hospital and all attending physicians, dentists, podiatrists, and allied health professionals, I hereby irrevocably assign and transfer, and authorize direct payment to Anderson Hospital all insurance benefits now due and payable to me or to become due and payable to me under any and all applicable insurance policy or policies, or any replacement policies thereof.

I hereby assign and transfer payment of benefits for medical and/or surgical services rendered by physicians for whom Anderson Hospital is authorized to charge and bill. I understand that I am financially responsible for non-covered services, as well as any deductibles, co-insurance or amounts in excess of insurance benefits. I permit a copy of this authorization to be used in place of the original.

**9. MEDICAL CONSENT:**

I request and authorize my physician who may attend me, including those with whom my physician has an on-call arrangement, their associates and assistants, and Anderson Hospital and its employees and agents, to provide and perform such medical care, tests, procedures, drugs and other services and supplies as they deem advisable for my health and well-being. This may include pathology, radiology including nuclear medicine studies, emergency services, emergency operative procedures and other special services and tests ordered by my physician and those physicians who attend me. I also consent to care and treatment by students, certified registered nurse anesthetists, and allied health professionals within the scope of their education, training, experience and license or certification. I acknowledge that no representation, warranties, or guarantees as to results or cures have been made to or relied upon by me. I further authorize my physician and hospital staff to examine, use and/or dispose of by cremation (except for organ donation and/or transplantation) any bones, organs, tissues, fluids or parts removed from my body. I understand that certain patient information, including medical information, may be stored electronically, and I consent to such storage. Should I elect to leave against medical advice or refuse any treatment suggested by my doctors, then I accept the risks and damages of those decisions.

Anderson Hospital and the patient, or patient's representative, hereby enter into this agreement. The patient, or the patient's representative, certifies that he/she has read and accepted the above statements and that he/she is the patient, or is duly authorized on behalf of the patient to execute such an agreement.

**Patient Rights:** I acknowledge receipt of the patient rights information explaining my rights as a patient in this facility.

Date/Time: 4-24-15 8:11

Witness: *J Crow*

Patient Signature: *Jamie DV*

Patient's Name (Printed): Jamie DeVries

Other Signature: _____

Relationship to Patient: _____
(legal representative) or (parent or guardian if patient under 18 years of age)

☐ Patient is unable to sign written consent for initial treatment but gives verbal consent.
☐ Patient is unable to sign due to:   ☐ Injury  ☐ immobilization  ☐ Unconsciousness   ☐ Other _____
☐ Patient is unable to voice permission for treatment.

WITNESS _____   WITNESS _____   Date/Time: _____

**TELEPHONE PERMISSION**

NAME _____   RELATIONSHIP _____   PHONE NUMBER _____

WITNESS _____   WITNESS _____   Date/Time: _____

*FOR OBSERVATION, INPATIENT ADMISSION, OR OUTPATIENT SURGERY*

**1. MEDICARE INSURANCE BENEFITS:**

Beneficiary: _____   HICN: _____

I certify that the information given by me in applying for payment under the Title XVII for the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. I assign payment for the unpaid charges of the physician(s) for whom Anderson Hospital is authorized to bill in connection with its services. I am responsible for the Part A deductible for each spell of illness and any Co-insurance amounts which may become due. I also understand I am responsible for the Part B deductible for each year, the remaining 20% of reasonable charges and any other non-covered personal charges.

Revised 08/23/2011   CL100

# GENERAL CONSENT TO TREAT
Page 2 of 2

DEVRIES, JAMIE L
V00002099437                    M000353517
DOB:12/02/1993 M/21   DOS:04/24/15
UNKNOWN***, DOCTOR

**Anderson Hospital**
Maryville, Illinois

8. **ASSIGNMENT OF INSURANCE BENEFITS:**

In consideration of any and all medical services, care, drugs, supplies, equipment and facilities furnished by Anderson Hospital and all attending physicians, dentists, podiatrists, and allied health professionals, I hereby irrevocably assign and transfer, and authorize direct payment to Anderson Hospital all insurance benefits now due and payable to me or to become due and payable to me under any and all applicable insurance policy or policies, or any replacement policies thereof.

I hereby assign and transfer payment of benefits for medical and/or surgical services rendered by physicians for whom Anderson Hospital is authorized to charge and bill. I understand that I am financially responsible for non-covered services, as well as any deductibles, co-insurance or amounts in excess of insurance benefits. I permit a copy of this authorization to be used in place of the original.

9. **MEDICAL CONSENT:**

I request and authorize my physician who may attend me, including those with whom my physician has an on-call arrangement, their associates and assistants, and Anderson Hospital and its employees and agents, to provide and perform such medical care, tests, procedures, drugs and other services and supplies as they deem advisable for my health and well-being. This may include pathology, radiology including nuclear medicine studies, emergency services, emergency operative procedures and other special services and tests ordered by my physician and those physicians who attend me. I also consent to care and treatment by students, certified registered nurse anesthetists, and allied health professionals within the scope of their education, training, experience and license or certification. I acknowledge that no representation, warranties, or guarantees as to results or cures have been made to or relied upon by me. I further authorize my physician and hospital staff to examine, use and/or dispose of by cremation (except for organ donation and/or transplantation) any bones, organs, tissues, fluids or parts removed from my body. I understand that certain patient information, including medical information, may be stored electronically, and I consent to such storage. Should I elect to leave against medical advice or refuse any treatment suggested by my doctors, then I accept the risks and damages of those decisions.

Anderson Hospital and the patient, or patient's representative, hereby enter into this agreement. The patient, or the patient's representative, certifies that he/she has read and accepted the above statements and that he/she is the patient, or is duly authorized on behalf of the patient to execute such an agreement.

**Patient Rights:** I acknowledge receipt of the patient rights information explaining my rights as a patient in this facility.

Date/Time: 4-24-15 8:11

Patient Signature: _____

Patient's Name (Printed): Jamie DeVries

Witness: J Crow

Other Signature: _____

Relationship to Patient: _____
(legal representative) or (parent or guardian if patient under 18 years of age)

☐ Patient is unable to sign written consent for initial treatment but gives verbal consent.
☐ Patient is unable to sign due to:  ☐ Injury  ☐ Immobilization  ☐ Unconsciousness  ☐ Other _____
☐ Patient is unable to voice permission for treatment.

WITNESS _____  WITNESS _____  Date/Time: _____

**TELEPHONE PERMISSION**

NAME _____ RELATIONSHIP _____ PHONE NUMBER _____

WITNESS _____ WITNESS _____ Date/Time: _____

*FOR OBSERVATION, INPATIENT ADMISSION, OR ALL OUTPATIENT SURGERY*

1. **MEDICARE INSURANCE BENEFITS:**

Beneficiary: _____ HICN: _____

I certify that the information given by me in applying for payment under the Title XVII for the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. I assign payment for the unpaid charges of the physician(s) for whom Anderson Hospital is authorized to bill in connection with its services. I am responsible for the Part A deductible for each spell of illness and any Co-insurance amounts which may become due. I also understand I am responsible for the Part B deductible for each year, the remaining 20% of reasonable charges and any other non-covered personal charges.

Revised 08/23/2011                                      CL100

# GENERAL CONSENT TO TREAT
### Page 1 of 2

DEVRIES, JAMIE L
V00002099437  M000353517
DOB:12/02/1993 M/21  DOS:04/24/15
UNKNOWN***, DOCTOR

**Anderson Hospital**
Maryville, Illinois

1. **FINANCIAL GUARANTEE OF ACCOUNT:**
   In consideration of services rendered or to be rendered by Anderson Hospital, I agree to pay the hospital the regular charges for all services ordered by the physicians, dentists, podiatrists, or allied health professionals, patient or patient's family or otherwise rendered or to be rendered to the patient. I understand that it is my obligation to accurately and promptly provide Anderson Hospital with complete information about any third party payor I expect to contribute toward payment of charges for medical services provided. This includes adherence to my insurance benefit plans' policies of coverage, restrictions and limitations. Failure to do so may result in the denial of benefits, leaving me responsible for payment of these charges. Should the charges, or any part thereof, be referred to an attorney for collection, the undersigned shall pay reasonable attorney's fees and collection expenses. All physicians furnishing services to the patient are private physicians and are not employees or agents of the hospital. Consequently, I understand that I may receive a separate bill for their services.

   I hereby consent to receiving auto-dialed and/or artificial or pre-recorded message calls to my cellular telephone, and to any telephone number provided by me, from Anderson Hospital, or its agents, including without limitation, any account management companies and independent contractors such as debt collectors.

2. **INDEPENDENT PHYSICIANS, DENTISTS, PODIATRISTS, AND ALLIED HEALTH PROFESSIONALS**
   I acknowledge, understand and agree: (a) that physician, dental, podiatric and allied health professional services are provided by independent persons; (b) that certain services are provided by independent physicians under contract with the hospital, including but not limited to emergency department physicians, anesthesia services (including certified registered nurse anesthetists), radiology services, pathology services, cardiology services, and neurology services; and (c) that if I do not have a physician, I will be referred to an independent physician for treatment. I acknowledge, understand and agree that: (a) these physicians, dentists, podiatrists, allied health professionals and contractors may bill separately, (b) that all of these persons exercise their own independent professional judgment in my care and treatment, (c) that they are not employed by the hospital, nor are they agents of the hospital; and (d) that the hospital cannot and does not control the practice of medicine, dentistry, podiatry, or other health profession by such independent persons.

3. **NURSING CARE:**
   Anderson Hospital provides nursing care. Should you desire private nursing care, it is your obligation to arrange for such services and the hospital is not responsible for any errors or omissions of such nurse.

4. **CONSENT FOR TESTING:**
   Under circumstances in which potential infection of other patients and/or health care workers may be present, I understand the hospital or my physician or other physicians may evaluate patients for presence of communicable diseases, including but not limited to the testing of my blood for HIV antibodies (AIDS test), and I consent to such testing.

5. **AUTHORIZATION FOR RELEASE AND DISCLOSURE OF INFORMATION:**
   I authorize Anderson Hospital and my treating physicians to release medical information, financial information, and hospital medical records by electronic means or otherwise to the following physicians or groups: (a) Any third party which is or may be liable to the hospital or my physicians for all or part of their charges, including but not limited to hospital or medical service companies, third party payors, self-insurers, workers' compensation carriers and government agencies, my employer, or any person or entity acting as the agent or contractor or any such party responsible for payment, in connection with obtaining payment for the medical services rendered to me at the hospital by employees of the hospital, or any person providing services at the hospital; (b) Any physician or medical provider who provides care and treatment or services to me; (c) Federal, State, or other governmental or quasi-governmental agencies or other such parties as required by law for reporting purposes, or for purposes of determining eligibility and government sponsored benefit programs; (d) Any person or entity participating in quality studies, utilization review or similar studies of the care rendered by the hospital and/or their physicians; (e) The supplier of any blood or blood products or any manufacturers of medical devices which I may receive or which may be administered to me for the purpose of quality control and recipient monitoring; (f) Any health professionals involved in my care for the purpose of facilitating the continuity of my medical care; (g) Any person or organization for scientific, educational, research or statistical purposes; (h) Any continuing care facility, including residential or long-term care facilities, and home health agencies for the purpose of providing services for my care and/or treatment. I acknowledge that the above authorization has no expiration date and is valid to authorize the release of medical records and billing information at any time a valid request is received.

   This release extends to interviews and discussions relevant to the content of such hospital medical records by my physicians or hospital employees regarding the services provided. I further authorize any physician who provides care and treatment or services to me at the hospital to discuss at any time my condition and care and treatment and the content of my medical hospital records with Anderson Hospital employees, its agents and representatives. This is a voluntary waiver and is not a condition of my treatment. This authorization shall remain in effect until revoked by me in writing to the hospital referencing this authorization.

6. **PERSONAL VALUABLES:**
   While the bringing of valuables to the hospital is strongly discouraged, I have been made aware that Anderson Hospital provides facilities for the safekeeping of my valuables and, therefore, I release Anderson Hospital from any responsibility due to the loss or damage of my clothing, watch, jewelry, radios or other valuables, or personal effects, that I may keep in my possession or that may be brought to me by friends or relatives and not deposited with hospital authorities for safekeeping.

7. **MEDICAID RECIPIENT ONLY:**
   I certify that I am a recipient of the Medicaid, Title XIX program, and request that payment of authorized benefits be made on my behalf. I authorize Provider to make available to the Division of Family Services any requested information concerning medical, insurance, and financial records relating to my treatment. I hereby certify all health insurance shall be assigned to the Provider for services provided.

CL100

## AUTHORIZATION TO SHARE INFORMATION WHILE A PATIENT

DEVRIES, JAMIE L
V00002099437
DOB: 12/02/1993 F/21
M000353517
DOS: 04/24/15

JB 4-23-15

Anderson Hospital
Maryville, Illinois

### FOR CLINIC, RECURRING, EXPRESS CARE PATIENTS ONLY:

I agree that Anderson Hospital healthcare providers may acknowledge that I am a patient and my location while here as an outpatient to anyone who inquires about me by name.

Initial Response:  Yes __✓__   No _____

***

### FOR INPATIENT AND OBSERVATION ADMISSIONS, SAME DAY SURGERY, AND EMERGENCY ROOM PATIENTS ONLY:

I agree that Anderson Hospital healthcare providers may <u>use my name in the hospital directory of patients while I am a patient here.</u>

Initial Response:  Yes __X✓__   No _____

> Answering "Yes" means anyone inquiring about me by name will be told that I am a patient, my location in the facility, and my condition described in general terms.
>
> Answering "No" means you have not authorized Anderson Hospital to acknowledge your presence as a patient here.

I agree that Anderson Hospital may <u>communicate my name and religious affiliation to members of my clergy.</u>

Initial Response:  Yes __✓__   No __X ✓__

Signed: _[signature]_  Patient/Legal Representative Signature      Date: 4-24-15

Printed Name of Patient/Legal Representative: _____

Witness: _[signature]_      Date: 4-24-15

CL954

# NOTIFICATION OF CONTRACTED SERVICES
Page 1 of 1

DEVRIES, JANIE L
V00002099437             M000353517
DOB:12/02/1993 M/21      DOS:04/24/15
UNKNOWN***, DOCTOR

**Anderson Hospital**
Maryville, Illinois

Members/staff of the following groups are NOT employees of Anderson Hospital, but provide services under contract or agreement.

Please be advised that YOU MAY RECEIVE A BILL from <u>one or more</u> of the following groups regarding your care at Anderson Hospital.

**Anderson Hospital does not keep a current listing of the following providers Membership in HMO's or PPO's.**

If you are a member of an HMO or PPO, please check with your insurance to see if each of these groups is considered a participating provider under your insurance plan.

Depending on your insurance plan, your financial responsibility could be higher for a non-participating provider.

| | |
|---|---|
| ANESTHESIA: | Millennium Anesthesiology Consultants, LLC<br>Contact them at: 1-800-281-3903 |
| RADIOLOGY: | Maryville Radiology Group<br>Contact them at: 1-800-776-2197 |
| PATHOLOGY: | James R. Landgraf, M.D.<br>Contact them at: SLU Care 1-800-682-9858 |
| EMERGENCY SERVICE: | Uptown Emergency Physician Services, LLP<br>Contact them at: 1-800-700-9078 |
| GLENNON CARE FOR KIDS: | Healthcare Strategic Initiatives (HSI)<br>Contact them at: 1-314-872-1309 |
| HOSPITALIST SERVICE: | Hospitalist Consultants, Inc. (H.C.I.)<br>Contact them at: 1-800-253-1795 |
| INTENSIVIST SERVICE: | Midwest Acute Care Consults<br>Contact them at: 1-314-355-7500 |

CARDIOLOGY, NEUROLOGY, PULMONARY MEDICINE, DIAGNOSTIC SLEEP STUDIES:
You may receive separate billing from an independent physician for interpretation of tests performed in these areas.

_____ (Please Initial) I acknowledge that I have received a copy of this notification.

Signature: _____  Date: 4/24/15

Witness: _____  Date: 4/24/15

CL500

Revised 10/04/12